IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. AND<br>LPL LICENSING, L.L.C.<br><br>          Plaintiffs,<br><br>VS.<br><br>ALLIANCE DATA SYSTEMS CORPORATION,<br>ET AL.<br><br>          Defendants. | NO. 2:11-CV-286-MHS-RSP<br><br>Jury Trial Demanded |

**JOINT MOTION TO DISMISS ALLIANCE PARTIES
<u>PURSUANT TO SETTLEMENT AGREEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. (collectively "Plaintiffs") and Defendants Alliance Data Systems Corporation, ADS Alliance Data Systems, Inc., World Financial Capital Bank (now Comenity Capital Bank), World Financial Capital Credit Company, LLC, WFN Credit Company, LLC, and World Financial Network National Bank (now Comenity Bank) (collectively "Alliance Parties") file this motion to dismiss the Alliance Parties Pursuant to a Settlement Agreement and would respectfully show as follows:

The Plaintiffs and Alliance Parties jointly request that all claims asserted by Plaintiffs against the Alliance Parties and all counterclaims asserted by the Alliance Parties against the Plaintiffs be dismissed with prejudice in accordance with the proposed order being filed concurrently with this motion, that the Court shall retain jurisdiction to enforce the settlement agreement and that each party bear its own costs and attorneys' fees.

| | |
|---|---|
| June 26, 2013 | Respectfully submitted,<br><br>/s/ *John J. Edmonds*<br>John J. Edmonds – LEAD COUNSEL<br>Texas State Bar No. 00789758<br>Andrew P. Tower<br>Texas Bar No. 786291<br>COLLINS, EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC<br>1616 S. Voss Rd., Suite 125<br>Houston, Texas 77057<br>Telephone: (281) 501-3425<br>Facsimile: (832) 415-2535<br>jedmonds@cepiplaw.com<br>atower@cepiplaw.com<br><br>Charles van Cleef<br>Texas Bar No. 786305<br>COOPER & VAN CLEEF, PLLC<br>500 N Second St.<br>Longview, TX 75601<br>(903) 248-8244<br>(903) 248-8249 fax<br>charles@coopervancleef.com<br><br>ATTORNEYS FOR PLAINTIFFS<br>PHOENIX LICENSING, L.L.C. and<br>LPL LICENSING, L.L.C.<br><br>-and-<br><br>*/s/ Fred I. Williams*<br>Fred I. Williams – LEAD COUNSEL<br>State Bar No. 00794855<br>fwilliams@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 West 6th Street, Suite 1900<br>Austin, Texas 78701<br>Telephone: 512.499.6200<br>Facsimile: 512.499.6290<br><br>Todd E. Landis<br>State Bar No. 24030226<br>tlandis@akingump.com |

        Eric J. Klein
        State Bar No. 24041258
        eklein@akingump.com
        Kellie M. Johnson
        State Bar No. 24070003
        kmjohnson@akingump.com
        AKIN GUMP STRAUSS HAUER & FELD LLP
        1700 Pacific Avenue, Suite 4100
        Dallas, Texas  75201
        214.969.2800 Direct
        214.969.4343 Fax

        ATTORNEYS FOR ALLIANCE PARTIES

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

June 26, 2013                             Respectfully Submitted,

                                              /s/ *John J. Edmonds*
                                              John J. Edmonds

## CERTIFICATE OF CONFERENCE

     I hereby certify that I conferred with counsel for the Alliance Parties on June 26, 2013, and all parties agree to the relief sought by this motion.

June 26, 2013                               Respectfully Submitted,

                                              /s/ *John J. Edmonds*
                                              John J. Edmonds