IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. AND LPL LICENSING, L.L.C.<br><br>Plaintiffs,<br><br>VS.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, ET AL.,<br><br>Defendants. | NO. 2:11-CV-286-MHS-RSP |

**ORDER GRANTING JOINT MOTION TO DISMISS ALLIANCE PARTIES PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to the Joint Motion to Dismiss filed by Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. (collectively "Plaintiffs") and Defendants Alliance Data Systems Corporation, ADS Alliance Data Systems, Inc., World Financial Capital Bank (now Comenity Capital Bank), World Financial Capital Credit Company, LLC, WFN Credit Company, LLC, and World Financial Network National Bank (now Comenity Bank) (collectively "Alliance Parties"), and for good cause appearing therefore;

IT IS HEREBY ORDERED that all claims and causes of action asserted between Plaintiffs and the Alliance Parties in the above-referenced action are hereby DISMISSED with prejudice to re-filing same.

It is further ORDERED that this Court shall retain jurisdiction to enforce the settlement agreement, and each party shall bear its own costs and fees, including attorneys' fees.

**SIGNED this 10th day of July, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE